UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

    Plaintiff,

    v.

I. REYES,

    Defendant.

Case No. 15-cv-03340-VC (PR)

**ORDER OF DISMISSAL**

On August 13, 2015, the Court issued an order dismissing plaintiff Tuanja Edward Anderson's complaint with leave to amend within twenty-eight days from the date of the order. The Court informed Anderson that failure to file a timely amended complaint would result in the dismissal of his action with prejudice. Twenty-eight days have passed and Anderson has not filed an amended complaint or communicated with the Court in any manner.

Accordingly, this action is dismissed. *See* Fed. R. Civ. P. 41(b).

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUANJA EDWARD ANDERSON,<br>　　　　Plaintiff,<br>　　v.<br>I. REYES,<br>　　　　Defendant. | Case No.  15-cv-03340-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on September 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tuanja Edward Anderson ID: V28811
Salinas Valley State Prison
PO Box 1020
Soledad, CA 93960


Dated: September 16, 2015

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2